FAG KUGELFISCHER GEORG SCHÄFER AG AND FAG BEARINGS CORP., ET AL., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO., DEFENDANT-INTERVENOR

Court No. 95–03–00335

(Dated July 24, 1995)

ORDER

TSOUCALAS, *Judge:* Upon consideration of the Second Consent Motion of Plaintiff's FAG Kugelfischer Georg Schäfer AG and FAG Bearings Corporation for an expedited remand to correct ministerial errors and the entire record herein, it is hereby

ORDERED that plaintiff's motion is granted; and it is further

ORDERED that the Department of Commerce, International Trade Administration ("ITA") is directed to correct, for FAG Germany, the ministerial errors enumerated below contained in the amended *Final Results* of the fourth administrative review of antifriction bearings (other than tapered roller bearings) and parts thereof, published as *Antifriction Bearings (Other Than Tapered Roller Bearings) and Parts Thereof from Germany and Italy; Amended Final Results of Antidumping Duty Administrative Reviews,* 60 FR 31142 (June 13, 1995):

1. For FAG Germany, (i) reinstate 1992 sales made to those customers to whom rebates were granted in 1992 *and* (ii) remove 1993 sales made to the one U.S. customer for whom corporate rebates were reported (prior to applying the BIA rate to 1993 sales) but reinstate these 1993 sales in the total US sales database by employing the following SAS instructions:

```
123   DATA USSALES REBBIA;
124     MERGE POSREB (IN=INA) USSALES (IN=INB);
125     BY CUSTCDE;
```

```
126     IF INA AND INB THEN DO;
127        IF YEAR = 1993 THEN DO;
128          IF CUSTCDE NOT IN
                    ('010254'  '010277'  '010415'  '011098'  '011134'
                     '011197'  '014318'  '014490'  '014542'  '014587'
                     '014631'  '014641'  '014642'  '034321'  '040021'
                     '040061'  '040355'  '040396'  '040458'  '040670'
                     '040673'  '040867'  '040886'  '040937'  '041015'
                     '041100'  '041851'  '042040'  '042157'  '042213'
                     '043022'  '043085'  '043160'  '043162'  '043183'
                     '043190'  '043779'  '043785'  '043792'  '044222'
                     '044444' '070083'
171                  '070183' '070184' '110038' '119805' '149801')
172             THEN REBATEE = REBATEE + ((UNITPRE+
                OTHREVE)* 0.085);
173          OUTPUT REBBIA;
174       END;
175     END;
176     IF INB THEN OUTPUT USSALES;
177     RUN
```

2. With respect to FAG Germany, subtract other discounts (OTHDISE) from the reported unit price (UNITPRE) prior to applying the BIA rate to UNITPRE. Amend line 172 as follows:

```
172     REBATEE = REBATEE+((UNITPRE + OTHEREVE−
        OTHDISE)* 0.085);
```

ORDERED that ITA shall publish a second amended *Final Results* incorporating these corrections in the Federal Register within sixty (60) days of the entry of this order; and it is further

ORDERED that all parties to this action are granted leave to file amended complaints to take into account any changes in the final results resulting from the ITA's actions pursuant to this Order, within thirty (30) days of the publication of the amended final results.